UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Stratton<br><br>　　　　Plaintiff<br><br>v.<br><br>Imperium3 New York, Inc., iM3NY LLC,<br>Chaitanya Sharma, Shailesh Upreti and<br>Frank Poullas<br><br>　　　　Defendants. | Case No.: 3:23-CV-0741 (GTS/ML) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and all Defendants that, pursuant to the terms of a settlement agreement reached between the Plaintiff and the Defendants, the above captioned matter be dismissed with prejudice as against Defendants Imperium3 New York, Inc., iM3NY LLC, and Chaitanya Sharma pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with no award of counsel fees or costs by the Court to either side.  Notwithstanding the foregoing, and as memorialized in the Settlement Agreement approved by this Court, the Parties have consented to the continuing jurisdiction of this Court for the enforcement of the Settlement Agreement.


By: /s/ Robert McCreanor　　　　　　　　　　　　By: /s/ Sharon Sulimowicz
　　Robert D. McCreanor, Esq.　　　　　　　　　　　Sharon Sulimowicz, Esq.

Law Office of Robert D. McCreanor, PLLC  
245 Saw Mill River Rd  
Suite 106  
Hawthorne, NY 10532

Law Office of Sharon M. Sulimowicz  
118 North Tioga Street, Suite 202  
Ithaca, New York 14850

SO ORDERED:

Dated:   November   18  , 2025

Glenn T. Suddaby  
U.S. District Judge